AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Western District of Arkansas

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| WENDY WATSON | Case No.    2:15CR20013-001 |
| | USM No.    04511-063 |
| | James B. Pierce |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted the following violation(s) of the term of supervision:
☐   was found in violation of the following count(s) after denial of guilt:

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | Failure to follow the instructions of the probation officer | 03/30/2016 |
| 3 | Excessive use of alcohol | 03/30/2016 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Court dismissed violation # 1 based on an oral motion by the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0519

Defendant's Year of Birth:    1968

City and State of Defendant's Residence:
Van Buren, Arkansas

May 11, 2016
Date of Imposition of Judgment

/s/ P.K. Holmes, III
Signature of Judge

P.K. Holmes, III, Chief United States District Judge
Name and Title of Judge

May 12, 2016
Date

DEFENDANT: WENDY WATSON
CASE NUMBER: 2:15CR20013-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
**3 months with credit for time served since April 15, 2016.  There will be no term of supervised release to follow imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL